456 A.2d 1104

Commonwealth v. Jackson, Appellant.
Petition for Allowance of Appeal
Denied June 21, 1983.

Submitted February 23, 1982. Robert F. Pappano, Assistant Public Defender, for appellant; Helen T. Kane, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and BECK, JJ.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.